BRENDA H. ENTZMINGER
Nevada Bar No. 9800
PHILLIPS, SPALLAS & ANGSTADT LLC
504 South Ninth Street
Las Vegas, NV 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PITTS, <br><br> Plaintiff, <br> v. <br><br> WAL-MART STORES, INC., and/or DOES 1 through 100, and/or ROE CORPORATIONS 1 through 100, JOHN D. BRUSH AND COMPANY, d/b/a Sentry Group, Incorporated, and/or DOES 101 through 200, and/or ROE CORPORATIONS 101 through 200, <br><br> Defendants. | Case No: 2:13-cv-02077-MMD-PAL <br><br> [Clark County District Court Case No.: A-13-689593-C, Dept. No. XXXII] <br><br> **STIPULATION TO REMAND CASE TO STATE COURT** |

Defendant, WAL-MART STORES, INC. ("Walmart" and/or "Defendant"), by and through its attorney, Brenda Entzminger, of the law offices of PHILLIPS, SPALLAS & ANGSTADT, LLC, and Plaintiff, JAMES PITTS, by and through his attorney, William Palmer, of the William Palmer Law Group, do hereby stipulate to remand this matter to state court without prejudice.

Plaintiff does not dispute the existence of diversity in this matter. This stipulation to remand is based on Plaintiff's averment that the amount in controversy is not met. The parties hereby stipulate that this matter be remanded to the Eighth Judicial District Court Arbitration Program and, therefore, seek an order by this Court remanding this matter and judicially estopping Plaintiff from seeking damages over $50,000. The parties stipulate that Plaintiff will not seek or file a Petition for Exemption from the Arbitration Program and that the proper venue is Arbitration.

1  Defendant reserves the right to remove this matter back to Federal Court should new evidence
2  or damages be presented that the jurisdictional limit of $75,000 would be satisfied.

3  DATED this 14 day of November, 2013.        DATED this 21st day of November, 2013.

**WILLIAM PALMER LAW GROUP**                   **PHILLIPS, SPALLAS & ANGSTADT**

_____                _____
William Palmer                                 Brenda Entzminger
THE WILLIAM PALMER LAW GROUP                   PHILLIPS SPALLAS & ANGSTADT
600 S. Rancho Drive, Suite 110                 504 South Ninth Street
Las Vegas, Nevada 89106                        Las Vegas, Nevada 89101

*Attorney for Plaintiff*                       *Attorneys for Defendant*
                                               *Wal-Mart Stores, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 21st day of November, 2013.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ Brenda Entzminger
BRENDA H. ENTZMINGER
Nevada Bar No. 9800
504 South Ninth Street
Las Vegas, NV 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*